**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 99-cr-00027-WDM-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOHN P. THOMPSON,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On April 10, 2007, the probation officer submitted a Petition for Early Termination of Supervised Release in this case.  On April 16, 2007, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service.

       The United States Attorney was contacted on April 26, 2007, and the United States has no objections to the proposed termination of Supervised Release. Accordingly, it is

       **ORDERED** that the defendant be discharged from supervision and that the proceedings in the case be terminated.

       **DATED** at Denver, Colorado, this 9th day of May, 2007.

       BY THE COURT:

       s/ Walker D. Miller
       _____
       Walker D. Miller
       United States District Judge